Michael J. Miller, WA Bar No. 29403
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
mmiller@strongandhanni.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL P. individually and on behalf of each of his two minor children, M.P. and F.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>AETNA, AETNA LIFE INSURANCE COMPANY, CARPENTERS TRUSTS OF WESTERN WASHINGTON DBA NORTHWEST CARPENTERS TRUSTS, CARPENTERS HEALTH AND SECURITY PLAN OF WESTERN WASHINGTON, and JOHN DOES 1-10,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO FILE PORTION OF ADMINISTRATIVE RECORD UNDER SEAL**<br><br>Case No. 22-762<br><br>Judge John H. Chun |

BEFORE THE COURT is the parties' Stipulated Motion for Leave to File a Portion of the Administrative Record Under Seal (ECF No. 19) (the "Motion") filed by Plaintiff Michael P. In the Motion, the parties request permission to file a portion of the administrative record containing sensitive mental health information of minors under seal.

The Court has reviewed the Motion and considered the applicable law. Being thereby fully advised in the premises and finding good cause therefor, the Court hereby ORDERS as follows:

1. The Motion is GRANTED;

2. The Parties may file the selected portion of the administrative record under seal.

IT IS SO ORDERED.

DATED this 1st day of February 2023.

John H. Chun
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2023, I caused to be served the foregoing document upon the parties of record in this proceeding set forth below by filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Yuliya S. Mirzoyan (PHV)**

SHANLEY APC (CA)

533 S. Fremont Ave., 9th Floor

Los Angeles, CA 90071

ymirzoyan@shanleyapc.com

*Attorney for Defendant, Aetna Life Insurance Company*


**Daniel M. Shanley**

SHANLEY APC (WA)

25120 Pacific HWY S. Ste. 200

Kent, WA 98032

dshanley@shanleyapc.com

*Attorney for Defendant, Aetna Life Insurance Company*

                                                                                    /s/ Michael Miller